# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SHPRESA JANCE,<br><br>               Plaintiff,<br><br>v.<br><br>RSI ENTERPRISES, INC.,<br><br>               Defendant. | Case No. 20-CV-847-JPS<br><br>**ORDER** |

        On June 5, 2020, Plaintiff filed a complaint in this case alleging violations of the Fair Debt Collection Practices Act and Wisconsin state law. (Docket #1). That same day, Plaintiff filed a motion to certify class, a motion to stay the motion to certify class, and a motion for relief from the briefing schedule prescribed by the local rules. (Docket #3). Defendant has yet to appear in the case and has not filed an answer. On August 21, 2020, Plaintiff filed a notice of voluntary dismissal of this action with prejudice and without costs to either party. (Docket #5). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court will adopt the notice of dismissal.

        Accordingly,

        **IT IS ORDERED** that Plaintiff's notice of voluntary dismissal (Docket #5) be and the same is hereby **ADOPTED**;

        **IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED with prejudice**; and

        **IT IS FURTHER ORDERED** that Plaintiff's motion to certify class, to stay the motion to certify class, and for relief from the briefing schedule prescribed by the local rules (Docket #3) be and the same is hereby **DENIED as moot**.

Dated at Milwaukee, Wisconsin, this 27th day of August, 2020.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge